# EXHIBIT 1

**AMERICAN ARBITRATION ASSOCIATION**

| | |
|---|---|
| ALLIANCE HEALTHCARE SERVICES, INC.<br>f/k/a ALLIANCE 1,<br>        Claimant,<br><br>-V-<br><br>MEDICAL OUTSOURCING SERVICES, INC.<br><br>and<br><br>ARGONAUT PRIVATE EQUITY, LLC,<br>        Respondents. | AAA# 73 103 Y 00237 10 TNM |

Before :    Robert L. Brent, Esq.
               Lisa D. Taylor, Esq.
               Hon. George C. Pratt
               Arbitrators

**PROCEDURAL ORDER No. 1**

**(SUMMARIZING INITIAL HEARING
Held on January 11, 2011)**

The initial hearing in this arbitration was held by telephone conference call on January 11, 2011. Participating were all three arbitrators, counsel for each of the three parties, and a representative of the American Arbitration Association. The following matters were discussed and, after deliberations by the Panel, determined:

1. By agreement of counsel, the hearing will be held in Chicago, Illinois, at a place to be determined by further agreement of counsel, and to be reported to the panel and the AAA by January 25, 2011.

2. No party indicated any need to amend its pleadings, heretofore filed with the AAA and provided to the Panel.

3. The Accelerated Exchange Program will be used, permitting counsel and the panel to communicate in writing directly, with a copy of any communication being

sent to the other parties and to the AAA Case Manager. No ex parte communications with the Panel are permitted. Communications may be by email. Emailed documents of more than 10 pages shall be followed with a hard copy sent by overnight delivery.

4. Counsel agreed that disputes over discovery and other procedural matters shall be submitted to the Chairman alone for decision, on the understanding that the Chairman may refer any particular dispute to the full panel for disposition.

5. The following schedule is established for this arbitration:

> <u>Jan. 25, 2011</u>: Requests for document production to be served.
>
> <u>Mar. 28, 2011</u>: Document production to be completed. Objections to requests shall be raised promptly and resolved if possible by a meet and confer process. Unresolved disputes shall be submitted to the Chairman for resolution before Mar. 28.
>
> <u>Apr. 11, 2011</u>: Parties to designate any proposed expert witnesses, providing a copy of the expert's resume and describing briefly the subject of the expert's proposed testimony.
>
> <u>May 9, 2011</u>: Fact depositions to be completed. Each party shall be required to submit to one 30(b)(6) deposition. In addition, each party shall be entitled to conduct three depositions.
>
> <u>June 6, 2011</u>: Expert reports to be served and filed.
>
> <u>June 24, 2011</u>: Depositions of experts, if requested, to be completed. The deposing party shall pay the expert's fee for its requested deposition.

July 8, 2011: Moving papers on any dispositive or other pre-hearing motions to be served and filed.

July 29, 2011: Response papers on dispositive and other motions to be served and filed.

Aug. 5, 2011; Reply papers on dispositive and other motions to be served and filed. Oral argument on the motions by telephone conference call to be allowed only if requested by a party and approved by the Panel, or if required by the Panel.

Aug. 19, 2011: Status conference by telephone conference call at 12:00 noon CDT, to be arranged by the Case Manager, to clear up any loose ends. The call-in information will be:

**Telephone: 888-537-7715**

**Pass code: 30848991#**

Sept. 2, 2011: Pre-hearing memoranda to be served and filed.

Sept. 19 – 23, 2011: Evidentiary hearing to be held at a place in Chicago to be agreed upon by counsel. Hearings shall run from 9:00 AM to 5:00 PM with appropriate breaks.

6. The parties shall agree on a collection of joint exhibits to be submitted at the hearing. Joint exhibits shall be designated a J-1, J-2 etc. Additional exhibits by the parties shall be designated AH-1, AH-2, etc. for Claimant; M-1, M-2, etc. for Respondent Medical Outsourcing Services, Inc.; and AP-1, AP-2, etc. for Respondent Argonaut Private Equity, LLC. Exhibits shall be numbered in chronological order.

7. Binders for submission of documents shall not exceed 2 ½ inches in thickness.

8. If a court reporter is desired at the hearing, counsel shall agree upon and make the arrangements.

9. The award shall be a reasoned award.

SO ORDERED.

Uniondale, New York
January 12, 2011

George C. Pratt
For the Panel


George C. Pratt
Farrell Fritz P.C.
1320 RXR Plaza
Uniondale NY 11556-1320
T: 516-227-0604
F: 516-227-0777


Interwoven\1674470.1

AMERICAN ARBITRATION ASSOCIATION
COMMERCIAL DISPUTE RESOLUTION
ORANGE COUNTY, CALIFORNIA

| | |
|---|---|
| ALLIANCE HEALTHCARE SERVICES, INC. )<br>)<br>Claimant, )<br>)<br>v. )<br>)<br>ARGONAUT PRIVATE EQUITY, LLC AND )<br>MEDICAL OUTSOURCING SERVICES, INC. )<br>)<br>Respondents. )<br>) | AAA Arbitration No.<br>73-103 Y 00237 10SIM |

## PROCEDURAL ORDER NO. 2 (SUMMARIZING AMENDED SCHEDULING AGREEMENT OF PARTIES)

The parties to this arbitration, Alliance Healthcare Services, Inc., Argonaut Private Equity, LLC and Medical Outsourcing Services, Inc. (collectively the "Parties") have conferred and agreed upon certain amendments to the initial schedule established for this arbitration in the initial hearing held on January 11, 2011 (See Procedural Order No. 1). The parties have agreed to extend the dates associated with experts by thirty (30) days and the dates associated with fact deposition discovery by sixty (60) days.

The Parties agree that all other dates in the original Scheduling Order shall remain unchanged and that this schedule change and Procedural Order shall not be used to support any future requests by any Party for an extension of the dates previously established for the hearing.

The following schedule is ordered for this arbitration:

May 11, 2011: Parties to designate any proposed expert witnesses, providing a copy of the expert's resume and describing briefly the subject of the expert's proposed testimony.

July 8, 2011: Fact depositions to be completed. Each party shall be required to submit to one 30(b)(6) deposition. In addition, each party shall be entitled to conduct three depositions.

July 6, 2011: Expert reports to be served and filed.

July 8, 2011: Moving papers on any dispositive or other pre-hearing motions to be served and filed.

July 25, 2011: Depositions of experts, if requested, to be completed. The deposing party shall pay the expert's fee for its requested deposition.

July 29, 2011: Response papers on dispositive and other motions to be served and filed.

Aug. 5, 2011: Reply papers on dispositive and other motions to be served and filed. Oral argument on the motions by telephone conference call to be allowed only if requested by a party and approved by the Panel, or if required by the Panel.

Aug. 19, 2011: Status conference by telephone conference call at 12:00 noon CDT, to be arranged by the Case Manager, to clear up any loose ends. The call-in information will be:

    Telephone: 888-537-7715

    Pass code: 30848991#

Sept. 2, 2011: Pre-hearing memoranda to be served and filed.

<u>Sept. 19 – 23, 2011</u>: Evidentiary hearing to be held at a place in Chicago to be agreed upon by counsel. Hearings shall run from 9:00 AM to 5:00 PM with appropriate breaks.

4/18/11

George C. Pratt
For the Panel

# EXHIBIT 2

## AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| ALLIANCE HEALTHCARE SERVICES, INC., <br><br> Claimant, <br><br> vs. <br><br> ARGONAUT PRIVATE EQUITY, LLC and MEDICAL OUTSOURCING SERVICES, INC. <br><br> Respondents. | Case No. 73 103 Y 00237 10 |

### SUBPOENA TO ATTEND HEARING AND GIVE ORAL TESTIMONY

To: Grant Thornton, LLP
175 W. Jackson Blvd., 20th Floor
Chicago, IL 60604

Marc Chiang
Grant Thornton, LLP
One California Street, Suite 2300
San Francisco, CA 94111

GREETINGS:

Further to 9 U.S.C. § 7, this will serve to command the attendance of Marc Chiang of Grant Thornton, LLP at a hearing before the American Arbitration Association in the above referenced matter on the 23rd day of May 2011 at 10:00 at Locke Lord Bissell & Liddell LLP, 44 Montgomery Street, Suite 2400, San Francisco, California 94104 and to give oral testimony on the subjects described on **Exhibit A** hereto.

If Marc Chiang or Grant Thornton, LLP refuses to comply with this Subpoena, the Panel further requests the intervention of judicial authorities in aid of arbitration to enforce this Subpoena.

George C. Pratt
Chairman, Arbitration Panel

4/28/11

## EXHIBIT A

1. The review by Grant Thornton, LLP ("Grant Thornton") of Medical Outsourcing Services, LLC ("MOS, LLC") in connection with Alliance Healthcare, Inc.'s ("Alliance") acquisition of MOS, LLC, including but not limited to MOS, LLC and/or MOS, Inc.'s billing for radiopharmaceutical contrast agent fluorodeoxyglucose ("FDG") and the cost of FDG to MOS, LLC and/or MOS, Inc. prior to July 29, 2008.

2. The nature of the work Grant Thornton was engaged to perform in connection with Alliance's acquisition of MOS, LLC.

3. The information on which any Grant Thornton representative, based the advice, reports, findings and/or opinions that were furnished to Alliance or any agent or representative of Alliance related to Alliance's acquisition of MOS, LLC and/or the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

4. The advice, reports, findings and/or opinions furnished by Grant Thornton to Alliance or any agent or representative of Alliance concerning, regarding, or related to Alliance's acquisition of MOS, LLC and/or the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

5. The business practices and/or financial health of MOS, LLC and/or MOS, Inc.

# EXHIBIT 3

## AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| ALLIANCE HEALTHCARE SERVICES, INC., <br><br> Claimant, <br><br> vs. <br><br> ARGONAUT PRIVATE EQUITY, LLC and MEDICAL OUTSOURCING SERVICES, INC. <br><br> Respondents. | Case No. 73 103 Y 00237 10 |

### SUBPOENA TO ATTEND HEARING AND GIVE ORAL TESTIMONY

To: Grant Thornton, LLP
175 W. Jackson Blvd., 20th Floor
Chicago, IL 60604

Marc Chiang
Grant Thornton, LLP
One California Street, Suite 2300
San Francisco, CA 94111

GREETINGS:

Further to 9 U.S.C. § 7, this will serve to command the attendance of Marc Chiang of Grant Thornton, LLP at a hearing before the American Arbitration Association in the above referenced matter on the 23rd day of May 2011 at 10:00 at Locke Lord Bissell & Liddell LLP, 44 Montgomery Street, Suite 2400, San Francisco, California 94104 and to give oral testimony on the subjects described on **Exhibit A** hereto.

If Marc Chiang or Grant Thornton, LLP refuses to comply with this Subpoena, the Panel further requests the intervention of judicial authorities in aid of arbitration to enforce this Subpoena.

_____
George C. Pratt
Chairman, Arbitration Panel

4/28/11

## EXHIBIT A

1. The review by Grant Thornton, LLP ("Grant Thornton") of Medical Outsourcing Services, LLC ("MOS, LLC") in connection with Alliance Healthcare, Inc.'s ("Alliance") acquisition of MOS, LLC, including but not limited to MOS, LLC and/or MOS, Inc.'s billing for radiopharmaceutical contrast agent fluorodeoxyglucose ("FDG") and the cost of FDG to MOS, LLC and/or MOS, Inc. prior to July 29, 2008.

2. The nature of the work Grant Thornton was engaged to perform in connection with Alliance's acquisition of MOS, LLC.

3. The information on which any Grant Thornton representative, based the advice, reports, findings and/or opinions that were furnished to Alliance or any agent or representative of Alliance related to Alliance's acquisition of MOS, LLC and/or the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

4. The advice, reports, findings and/or opinions furnished by Grant Thornton to Alliance or any agent or representative of Alliance concerning, regarding, or related to Alliance's acquisition of MOS, LLC and/or the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

5. The business practices and/or financial health of MOS, LLC and/or MOS, Inc.

# EXHIBIT 4

**John Siemsen**

| | |
|---|---|
| **From:** | Pratt, George C. [GPratt@FarrellFritz.com] |
| **Sent:** | Thursday, April 28, 2011 1:41 PM |
| **To:** | John Siemsen; Adrian Mendoza; Chris Blake; Coffey, Patrick S.; Knuckey, Ashlee; O'Neill, Nora; Wilson, Chantel; leslie.mize@nelsonmullins.com; DeMuro, Paul |
| **Cc:** | rlbmail@ucla.edu; ltaylor@iandplaw.com; TerriMartinez@adr.org |
| **Subject:** | RE: Alliance v. MOS (AAA # 73 103 Y 00237 10) |

Dear Counsel:

    The Panel has considered the requests of John Siemsen and Paul DeMuro for subpoenas (ad testificandum and duces tecum, respectively) as presented by their emails of April 27, 2011. We have also considered the arguments advanced opposing issuance of the subpoenas.

    The Panel has determined to issue the subpoenas, and to make them returnable at a hearing to be begin at the offices of Locke Lord Bissell & Liddell LLP in San Francisco CA on May 23, 2011 at 10:00 AM PDT. Arbitrator Brent will preside over the hearing on behalf of the Panel.

    Counsel are directed to confer and agree over arrangements for the hearing, and any disputes or changes or adjournments are to be submitted to Arbitrator Brent for his decision.

    Signed copies of the subpoenas will be FedExed to the requesting counsel this afternoon.

SO ORDERED.

April 28, 2011                      George C. Pratt
                                       Chairman, for the Panel

George C. Pratt
Farrell Fritz P.C.
1320 RXR Plaza
Uniondale NY 11556-1320
T: 516-227-0604
F: 516-227-0777

1