# EXHIBIT A

## AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| ALLIANCE HEALTHCARE SERVICES, INC., <br><br> Claimant, <br><br> vs. <br><br> ARGONAUT PRIVATE EQUITY, LLC and MEDICAL OUTSOURCING SERVICES, INC. <br><br> Respondents. | Case No. 73 103 Y 00237 10 |

### SUBPOENA TO ATTEND HEARING AND TO PRODUCE DOCUMENTS REQUESTED UNDER PRIOR AAA SUBPOENA

To: Grant Thornton, LLP
c/o Marc Chiang
One California Street, Suite 2300
San Francisco, CA 94111

GREETINGS:

Further to 9 U.S.C. § 7, this will serve to command your attendance at a hearing before the American Arbitration Association in the above referenced matter on the 23rd day of May 2011 at 10:00 am at Locke Lord Bissell & Liddell LLP, 44 Montgomery Street, Suite 2400, San Francisco, California 94104 and produce the documents as described on **Exhibit A** hereto now in your custody at the offices of Grant Thornton, LLP, One California Street, Suite 2300, San Francisco, CA 94111.

If Grant Thornton refuses to comply with this Subpoena, the Panel further requests the intervention of judicial authorities in aid of arbitration to enforce this Subpoena.

_____  4/28/11
George C. Pratt
Chairman, Arbitration Panel

Subpoena Requested by Argonaut Private Equity, LLC

Nora Rose O'Neill, Esq.
Paul DeMuro, Esq.
FREDERIC DORWART, LAWYERS
124 East Fourth Street
Tulsa, Oklahoma 74103
918.583.9922

Patrick S. Coffey, Esq.
LOCKE LORD BISSELL & LIDDELL, LLP
111 South Wacker Drive, Suite 4500
Chicago, Illinois 60606

Dated: April 27, 2011

EXHIBIT A

The documents being sought by this subpoena are the following:

1. Any and all documents concerning, regarding, or related to review by Grant Thornton, LLP ("Grant Thornton") of Medical Outsourcing Services, LLC ("MOS, LLC") in connection with Alliance Healthcare, Inc.'s ("Alliance") acquisition of MOS, LLC, including but not limited to any information concerning, regarding or related to MOS, LLC and/or MOS, Inc.'s billing for radiopharmaceutical contrast agent fluorodeoxyglucose ("FDG") and the cost of FDG to MOS, LLC and/or MOS, Inc. prior to July 29, 2008.

2. Any and all documents in any way detailing or describing the nature of the work Grant Thornton was engaged to perform in connection with Alliance's acquisition of MOS, LLC, including but not limited any the engagement documents, due diligence lists, task lists, checklists, work plans, project descriptions, information requests or work papers.

3. Any and all documents concerning, regarding, or related to the information on which any Grant Thornton representative, based the advice, reports, findings and/or opinions that were furnished to Alliance or any agent or representative of Alliance related to Alliance's acquisition of MOS, LLC and/or the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

4. All advice, reports, findings and/or opinions furnished by Grant Thornton to Alliance or any agent or representative of Alliance concerning, regarding, or related to Alliance's acquisition of MOS, LLC and/or the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

5. Any and all documents provided to Grant Thornton by MOS, LLC or any agent or representative of MOS, LLC concerning, regarding, or related to the business practices and/or financial health of MOS, LLC and/or MOS, Inc., including but not limited to, for example, financial statements, tax returns, balance sheets, income statements, profit and loss statements

6. Any and all documents provided to any representative of Grant Thornton by Susan Pankow or any other representative of A-Med Billing, Inc. ("A-Med") concerning, regarding or related to the business practices and/or financial health of MOS, LLC and/or MOS, Inc., including but not limited to, for example, any reports related to MOS, LLC and/or MOS, Inc.'s billing practices and procedures.

7. Any and all documents provided to Grant Thornton by any source concerning, regarding or related to the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

8. Any and all documents reflecting or evidencing communications and correspondence, including emails, between any representative of Grant Thornton, and any representative of MOS, LLC, Alliance and/or A-Med concerning, regarding or related to the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

9. Any and all documents reflecting or evidencing communications and correspondence, including emails, among Grant Thornton representatives concerning, regarding or related to the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| ALLIANCE HEALTHCARE SERVICES, INC., <br><br> Claimant, <br><br> vs. <br><br> ARGONAUT PRIVATE EQUITY, LLC and MEDICAL OUTSOURCING SERVICES, INC. <br><br> Respondents. | Case No. 73 103 Y 00237 10 |

## SUBPOENA TO ATTEND HEARING AND GIVE ORAL TESTIMONY

To: Grant Thornton, LLP
175 W. Jackson Blvd., 20th Floor
Chicago, IL 60604

Marc Chiang
Grant Thornton, LLP
One California Street, Suite 2300
San Francisco, CA 94111

GREETINGS:

Further to 9 U.S.C. § 7, this will serve to command the attendance of Marc Chiang of Grant Thornton, LLP at a hearing before the American Arbitration Association in the above referenced matter on the 23rd day of May 2011 at 1:00 at Locke Lord Bissell & Liddell LLP, 44 Montgomery Street, Suite 2400, San Francisco, California 94104 and to give oral testimony on the subjects described on **Exhibit A** hereto.

If Marc Chiang or Grant Thornton, LLP refuses to comply with this Subpoena, the Panel further requests the intervention of judicial authorities in aid of arbitration to enforce this Subpoena.

George C. Pratt
Chairman, Arbitration Panel

4/25/11

## EXHIBIT A

1. The review by Grant Thornton, LLP ("Grant Thornton") of Medical Outsourcing Services, LLC ("MOS, LLC") in connection with Alliance Healthcare, Inc.'s ("Alliance") acquisition of MOS, LLC, including but not limited to MOS, LLC and/or MOS, Inc.'s billing for radiopharmaceutical contrast agent fluorodeoxyglucose ("FDG") and the cost of FDG to MOS, LLC and/or MOS, Inc. prior to July 29, 2008.

2. The nature of the work Grant Thornton was engaged to perform in connection with Alliance's acquisition of MOS, LLC.

3. The information on which any Grant Thornton representative, based the advice, reports, findings and/or opinions that were furnished to Alliance or any agent or representative of Alliance related to Alliance's acquisition of MOS, LLC and/or the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

4. The advice, reports, findings and/or opinions furnished by Grant Thornton to Alliance or any agent or representative of Alliance concerning, regarding, or related to Alliance's acquisition of MOS, LLC and/or the business practices and/or financial health of MOS, LLC and/or MOS, Inc.

5. The business practices and/or financial health of MOS, LLC and/or MOS, Inc.