# EXHIBIT B



# Grant Thornton LLP offices

**April 2011**

National Office
175 W. Jackson Blvd., 20th Floor
Chicago, IL 60604-2687
312.856.0200

Washington National Tax Office
1250 Connecticut Ave. NW, Suite 400
Washington, DC 20036-3531
202.296.7800

Arizona
Phoenix               602.474.3400

California
Irvine                949.553.1600
Los Angeles           213.627.1717
Sacramento            916.449.3991
San Diego             858.704.8000
San Francisco         415.986.3900
San Jose              408.275.9000
Woodland Hills        818.936.5100

Colorado
Denver                303.813.4000

Florida
Fort Lauderdale       954.768.9900
Miami                 305.341.8040
Orlando               407.481.5100
Tampa                 813.229.7201

Georgia
Atlanta               404.330.2000

Illinois
Chicago               312.856.0200
Oakbrook Terrace      630.873.2500
Schaumburg            847.884.0123

Kansas
Wichita               316.265.3231

Maryland
Baltimore             410.685.4000

Massachusetts
Boston                617.723.7900

Michigan
Detroit               248.262.1950

Minnesota
Minneapolis           612.332.0001

Missouri
Kansas City           816.412.2400
St. Louis             314.735.2200

Nevada
Reno                  775.786.1520

New Jersey
Edison                732.516.5500

New York
Albany                518.427.5197
Long Island           631.249.6001
Downtown              212.422.1000
Midtown               212.599.0100

North Carolina
Charlotte             704.632.3500
Raleigh               919.881.2700

Ohio
Cincinnati            513.762.5000
Cleveland             216.771.1400

Oklahoma
Oklahoma City         405.218.2800
Tulsa                 918.877.0800

Oregon
Portland              503.222.3562

Pennsylvania
Harrisburg            717.265.8600
Philadelphia          215.561.4200

South Carolina
Columbia              803.231.3100

Texas
Austin                512.391.6821
Dallas                214.561.2300
Houston               832.476.3600
San Antonio           210.881.1800

Utah
Salt Lake City        801.415.1000

Virginia
Alexandria            703.837.4400
McLean                703.847.7500

Washington
Seattle               206.623.1121

Washington, D.C.
Washington, D.C.      202.296.7800

Wisconsin
Appleton              920.968.6700
Milwaukee             414.289.8200